UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CARDIAC SCIENCE CORPORATION, a Delaware Corporation,<br><br>                  Plaintiff,<br>  v.<br><br>KONINKLIJKE PHILIPS ELECTRONICS N.V., a Netherlands Corporation; and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware Corporation,<br><br>                  Defendants. | Civ. No. 03-1064 (DWF/RLE) |

**PLAINTIFF CARDIAC SCIENCE CORP.'S MOTION IN LIMINE NO. 8
(EXCLUDE EXPERT TESTIMONY REGARDING '054 PATENT
THAT IS CONTRARY TO ORDER ON CLAIM CONSTRUCTION)**

Plaintiff Cardiac Science Corp. respectfully moves for the Court to preclude Defendants from offering any evidence at trial, including the opinions of expert Dr. Joseph F. Dyro, that rely on claim constructions for the term "limit circuit" in claims 16 and 18 of United States Patent No. 6,230,054 that are contrary to the Court's Order on Claim Construction, namely the opinions on page 27 of Dr. Dyro's Expert Report stating that (a) the "limit circuit," or a component of the limit circuit, must have an impedance "between 100 and 200 µH" and (b) that the "limit circuit" is, or must be, part of a protection circuit.

The grounds for this motion are set forth and supported in the accompanying Memorandum of Law, Declarations, arguments of counsel, and all of the other papers and proceedings in this matter.

                                      Respectfully submitted,

                                      DARBY & DARBY P.C.

Dated: March 26, 2007          By: s/ David K. Tellekson
                                      David K. Tellekson (#173,836)
                                      Bruce E. Black (#266,711)
                                      Paul H. Beattie (024823X)
                                      1191 Second Avenue, Suite 2000
                                      Seattle, WA 98101
                                      Telephone: (206) 262-8900
                                      Facsimile: (206) 262-8901
                                      Email: dtellekson@darbylaw.com

                                      Matthew J. Goggin (#210,705)
                                      Dennis C. Bremer (#299,182)
                                      Carlson, Caspers, Vandenburgh &
                                      Lindquist, P.A.
                                      225 South 6th Street, Suite 3200
                                      Minneapolis, MN 55402
                                      Telephone: (612) 436-9624
                                      Facsimile: (612) 436-9605
                                      Email: mgoggin@ccvl.com

                                      *Attorneys for Cardiac Science Corporation*